# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# ALEXANDRIA DIVISION

| | |
|---|---|
| KERRY KENNEDY,<br><br>    Plaintiff,<br><br>v.<br><br>ALAN J. DABBIERE,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:20-CV-00882-AJT-MSN |

## DECLARATION OF ALAN J. DABBIERE
## IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS
## COUNT II OF PLAINTIFF'S FIRST AMENDED COMPLAINT

I am over 18 years of age, am competent to make this Declaration, and I submit this Declaration based upon my personal knowledge of the matters set forth herein.

1. On or about, December 17, 2009, I entered into a Purchase Agreement with Mrs. Ethel S. Kennedy to purchase the property at 1147 Chain Bridge Road in McLean, Virginia. Attached hereto as Exhibit 1 is a true and correct copy of the December 17, 2009 Purchase Agreement.

2. I have reviewed this Declaration and I hereby certify under penalty of perjury that the foregoing is true and correct.

This 5 day of November, 2020.

_____
ALAN J. DABBIERE

## CERTIFICATE OF SERVICE

This is to certify that I have this day electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will automatically send e-mail notification of such filing to all counsel of record. I further certify that a copy of the foregoing document has been served on Mrs. Ethel S. Kennedy, c/o Eleanor Zappone, Esq., Arent Fox LLP, 1050 Connecticut Avenue, N.W., Washington, D.C. 20036 in accordance with Section 15.12 of the Purchase Agreement. I also certify that a copy of the foregoing document has been served on Mrs. Ethel S. Kennedy at her last known address by overnight delivery.

This 6th day of November, 2020.

s/Benjamin L. Williams
Benjamin L. Williams (VSB No. 88591)

*Counsel for Defendant Alan J. Dabbiere*