IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| KERRY KENNEDY, *Plaintiff,* v. ALAN J. DABBIERE, *Defendant.* | CIVIL ACTION NO. 1:20-CV-00882-AJT-MSN |

## PRAECIPE

CLERK:

Please take notice of the change of firm and address of local counsel for Defendant Alan J. Dabbiere in the above-captioned matter:

> Benjamin L. Williams
> COZEN O'CONNOR
> 1200 19th Street, NW, 3rd Floor
> Washington, DC 20036
> *Tel*: (202) 912-4859
> *Fax*: (202) 861-1905
> blwilliams@cozen.com

Dated: March 1, 2021

Respectfully submitted,

By: /s/ Benjamin L. Williams
Benjamin L. Williams (VSB 88591)
COZEN O'CONNOR
1200 19th Street, NW, 3rd Floor
Washington, DC 20036
*Tel*: (202) 912-4859
*Fax*: (202) 861-1905
blwilliams@cozen.com

Joel D. Bush, II
Admitted *Pro Hac Vice*
Joe P. Reynolds
Admitted *Pro Hac Vice*

2

                                                                                        KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA  30309-4528
Telephone: (404) 815-6500
Facsimile: (404) 815-6555
jbush@kilpatricktownsend.com
jreynolds@kilpatricktownsend.com

*Counsel for Defendant Alan J. Dabbiere*

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of March, 2021, a copy of the foregoing was filed electronically via CM/ECF which will send notice of such filing to all counsel of record.

/s/ Benjamin L. Williams