



## LOCATION

HICKORY HILL stands less than 2 miles outside of Washington, D.C. in McLean, Virginia. The prime location offers convenient access to the White House, the Kennedy Center, and Reagan National and Dulles International airports.

## PROPERTY

From its beautiful hilltop vantage, HICKORY HILL presides over 5.6 acres of manicured grounds filled with boxwood, lush fruit, and historic oak and hickory trees and also includes a large heated pool, children's pool and cabana with dressing rooms, 2 baths, living area, kitchen, and 35mm double-projection movie theatre. An expansive terrace, lighted tennis court, stable and paddock complement the private, pastoral surroundings.

## RESIDENCE

The uniqueness of HICKORY HILL lies in its history as well as the gracious setting. HICKORY HILL has been the home of the Robert F. Kennedy family for the past 50 years and previously belonged to President and Mrs. John F. Kennedy. A tall Edwardian urn on the front lawn was brought there from Hammersmith Farm in Newport, the childhood home of Mrs. John Kennedy. The graceful residence, rich in history, on land originally owned by the forebears of Robert E. Lee, is a rare and wonderful treasure. Civil War lore stations General George B. McClellan's troops on the tree-lined property, which was also the home to Supreme Court Justice Robert H. Jackson.

A fine example of the Georgian style, the handsome white brick house was originally constructed in the early 19th century.



AJD0000289






AJD0000290





International Marketing Services Provided By:

# Sotheby's
## INTERNATIONAL REALTY

MID-ATLANTIC REGIONAL OFFICE
38 EAST 61ST STREET
NEW YORK, NY 10021
TELEPHONE 617.536.6632

SOTHEBYSREALTY.COM

Local Inquiries Should Be Directed To:
EXCLUSIVE AFFILIATE

## WASHINGTON
### FINE PROPERTIES, LLC

3201 New Mexico Ave, Suite 220
Washington, DC 20016

**W. TED GOSSETT**
703.625.5656

**DIANE FENTRESS**
202.997.0034

Reverend William Maffit, a presiding minister at George Washington's memorial service, was the original owner of the property. Gracefully expanded in the 1960s to provide modern amenities while preserving its historic integrity, HICKORY HILL comfortably accommodates a big family.

The elegant 18-room homestead offers 13 bedrooms and baths and displays fine moldings, high ceilings, hardwood and parquet floors, and 12 working fireplaces, many with antique marble mantles.

HICKORY HILL is a house with great character.

Inspection by appointment only.
© MMIV Sotheby's International Realty, Inc.
1081340/4

THIS MATERIAL IS BASED UPON INFORMATION THAT WE CONSIDER RELIABLE, BUT BECAUSE IT HAS BEEN SUPPLIED BY THIRD PARTIES, WE CANNOT REPRESENT THAT IT IS ACCURATE OR COMPLETE, AND IT SHOULD NOT BE RELIED UPON AS SUCH. THIS OFFERING IS SUBJECT TO ERRORS, OMISSIONS, CHANGES, INCLUDING PRICE, OR WITHDRAWAL WITHOUT NOTICE.

EQUAL HOUSING OPPORTUNITY

AJD0000291