Document Removed